**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICARDO A. IRIVE,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.

_____/

2:16-cv-00241-JCM-GWF

**ORDER**

    The petitioner in this habeas corpus action has submitted an application to proceed *in forma pauperis* (ECF No. 1), a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (attached to the application to proceed *in forma pauperis*), and a motion for appointment of counsel (ECF No. 2). In light of the information provided in the application to proceed *in forma pauperis*, the court finds that petitioner is able to pay the filing fee.

    **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED**. Petitioner shall have until and including **April 15, 2016**, to have the filing fee of five dollars ($5.00) sent to the clerk of the court. If petitioner believes he is unable to pay the filing fee, he may, in the alternative, file a new application to proceed *in forma pauperis*, on the correct form and fully completed, and with all the required attachments. Failure to comply with this order will result in the dismissal of this action.

1      **IT IS FURTHER ORDERED** that the clerk of the court shall send petitioner two copies of
2 this order.  Petitioner is ordered to make the necessary arrangements to have one copy of this order
3 attached to the check sent to the court in payment of the filing fee.

5      Dated March 1, 2016.

_____
UNITED STATES DISTRICT JUDGE