**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

RICARDO A. IRIVE,

    Petitioner,

vs.

RENEE BAKER, *et al.*,

    Respondents.
_____/

2:16-cv-00241-JCM-GWF

**ORDER**

This action is a petition for writ of habeas corpus by Nevada prisoner Ricardo A. Irive. Irive initiated this case on February 5, 2016. On that date, Irive filed an application to proceed *in forma pauperis*, along with his habeas petition (attached to application to proceed *in forma pauperis*), and a motion for appointment of counsel (ECF No. 2). On March 1, 2016, the court denied Irive's application to proceed *in forma pauperis* (ECF No. 3). On March 9, 2016, Irive paid the filing fee (ECF No. 4).

The Court has reviewed Irive's petition, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and determines that it merits service upon respondents and a response by respondents.

Irive has filed a motion for appointment of counsel (ECF No. 2). "Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations."

*Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir.1970) (per curiam). The court may, however, appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; see also, Rule 8(c), Rules Governing Section 2254 Cases; *Chaney*, 801 F.2d at 1196. The record in this case reflects that appointment of counsel is not warranted.

**IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel (ECF No. 2) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall separately file the petition for writ of habeas corpus (attached to the application to proceed *in forma pauperis*, at ECF No. 1).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add Adam Paul Laxalt, Attorney General of the State of Nevada, as counsel for respondents.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall electronically serve upon respondents a copy of the petition for writ of habeas corpus and a copy of this order.

**IT IS FURTHER ORDERED** that respondents shall have **60 days** from the date of entry of this order to appear in this action, and to answer or otherwise respond to the petition.

**IT IS FURTHER ORDERED** that if respondents file an answer, petitioner shall have 60 days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner shall have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents shall, thereafter, have 30 days to file a reply in support of the motion.

Dated April 11, 2016.

_____
UNITED STATES DISTRICT JUDGE